IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK BRYSON,<br><br>               Plaintiff,<br><br>   v.<br><br>DIOCESE OF CAMDEN, NEW JERSEY,<br><br>              Defendant. | Civil Action<br>No. 12-499 (JBS-KMW)<br><br>**ORDER** |

    This matter comes before the Court on Plaintiff Mark Bryson's appeal [Docket Item 62] of Magistrate Judge Karen M. William's February 21, 2013 Order [Docket Item 54] limiting the scope of discovery before the Court holds a preliminary hearing. The Court having considered the Parties' submissions; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS, this this **11**th day of **April**, **2013** hereby

    ORDERED that Plaintiff's appeal [Docket Item 62] is DENIED; and it is further

    ORDERED that Defendant's deadline for supplementing discovery responses is April 30, 2013; and it is further

    ORDERED that the Rule 30(b)(6) deposition of Defendant's records custodian, Father Hughes, shall promptly go forward within the scope outlined in the Opinion, with the possibility of submission of Father Hughes' documents for in camera inspection as outlined in the Opinion; and it is further

    ORDERED that any dispositive motion by Defendant seeking to strike Plaintiff's proposed expert shall be filed by May 10,

2013 and returnable at a hearing before the undersigned on June 20, 2013 at 10:00 a.m., in accordance with the briefing schedule outlined in the Opinion; and it is further

   ORDERED that if Defendant does not file a timely dispositive motion by May 10, 2013, that briefing for the Lopez hearing will commence with Plaintiff filing his brief supporting equitable tolling by May 17, 2013, returnable at the evidentiary hearing and oral argument before the undersigned on June 20, 2013 at 10:00 a.m., with Defendant's opposition due May 31, 2013 and Plaintiff's Reply due June 7, 2013; and it is further

   ORDERED that any further discovery disputes will be raised before Magistrate Judge Williams under the procedure of L. Civ. R. 37.1; and it is further

   ORDERED that Judge Williams has the discretion to enlarge dates and deadlines set herein for good cause shown, but taking into account that all counsel agreed that these dates and deadlines set herein are reasonable under present circumstances.

                                      s/ Jerome B. Simandle
                                      JEROME B. SIMANDLE
                                      Chief U.S. District Judge